UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| **SHARUNDA LYNETTE PREVO** | **CIVIL ACTION NO. 16-cv-0230** |
| **VERSUS** | **JUDGE S. MAURICE HICKS, JR.** |
| **JENNIFER PENNINGTON, ET AL.** | **MAGISTRATE JUDGE HORNSBY** |

**JUDGMENT**

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, including the written objections filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that Plaintiff's complaint is dismissed as follows:

(1) All claims against the Department of Children and Family Services are dismissed, based on the Eleventh Amendment, without prejudice for lack of subject-matter jurisdiction;

(2) All claims against Milton Mosby, Sr. are dismissed for failure to state a federal claim on which relief may be granted and for lack of diversity jurisdiction over any state law claims;

(3) All claims against Jim Holt are dismissed for failure to state a federal claim on which relief may be granted and for lack of diversity jurisdiction over any state law claims;

(4) All claims against Judge John Robinson, Judge Jennifer Clason, and Judge Glenn Fallin are dismissed with prejudice based on judicial immunity; and

(5) All claims against the remaining individual defendants are dismissed with prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B) because they are barred by the statute of limitations.

**THUS DONE AND SIGNED** at Shreveport, Louisiana, this the 17th day of November, 2016.

S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE